■ GRAPHIC OFFSET CORPORATION et al., Respondents, v. FRANKLIN NATIONAL BANK OF FRANKLIN SQUARE, Defendant-Appellant, and Third-Party

968

Plaintiff-Respondent. WORLD WIDE GIFT CLUB, INC., Third-Party Defendant-Appellant.— Judgment so far as appealed from unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bastow, JJ.